For <em>reversal</em> 19, affirmative 7.

---

WELLS <em>v.</em> LAIN, 15 Wend. 99; 7 Wend. 175.

<em>Submission to Arbitration.</em>

ACTION of slander.

Court of Errors held.—A parol submission to arbitrators, of a cause depending in court, is good, notwithstanding the existence of a general rule of the court in which the cause is pending, that no agreement between the parties in respect to the proceedings in a case shall be binding, unless reduced to the form of a rule, or the evidence thereof be in writing, subscribed by the party against whom the agreement is alleged.

The judgment of the Supreme Court was on this point *reversed.*